**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

*U.S.A. v. DAVID ANTHONY WELCH*

Case No.  3:14-cr-00060  TMB


By:                     THE HONORABLE TIMOTHY M. BURGESS


**PROCEEDINGS:     ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Smith's  Initial Report and Recommendation on Defendant's  Motion to Suppress and Motion to Dismiss (Docket No. 48), in conjunction with the parties' Objections and Responses (Docket Nos. 50 & 51), and the Magistrate's Final Report and Recommendation, (Docket 53), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety.  Consequently,  Defendant's Motion to Suppress, (Docket 23), and Defendant's Motion to Dismiss, (Docket 24) are DENIED.

The Motion for Status Hearing at Docket 54 is DENIED.

**IT IS SO ORDERED.**



Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: November 17, 2014